# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| MARVIN KRONA, <br> *Plaintiff* <br> v. <br> WALLA WALLA COMMUNITY COLLEGE, et al., <br> *Defendant* | Civil Action No. 4:16-CV-5055-JLQ |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:  Plaintiff's Motion to Voluntarily Dismiss Complaint (ECF No. 11) is GRANTED.  Plaintiiff's First Amended Complaint is DISMISSED WITHOUT PREJUDICE.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Justin L. Quackenbush  on a Motion to Voluntarily Dismiss Complaint (ECF No. 11).

Date:  August 17, 2016

CLERK OF COURT

SEAN F. McAVOY

s/ Penny Lamb
*(By) Deputy Clerk*

Penny Lamb